1  Clyde A. Thompson, SBN 72920
   HAAPALA, THOMPSON & ABERN, LLP
2  1939 Harrison Street, Suite 800
   Oakland, California 94612
3  Tel:  510-763-2324
   Fax:  510-273-8570
4

5  Attorneys For Defendants
   COUNTY OF ALAMEDA, DEPUTY CHRISTOPHER
6  MELENDEZ, and DEPUTY MICHAEL LADNER

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JAMES R. GILLETTE, | Case No.: C08-03485 VRW |
| Plaintiff, | **PROOF OF SERVICE RE OPENING CASE DOCUMENTS** |
| vs. | |
| ALAMEDA COUNTY SHERRIFF'S DEPARTMENT, CALIFORNIA, CHRISTOPHER MELENDEZ, MICHAEL LADNER, ALAMEDA COUNTY, | |
| Defendants. | |

**PROOF OF SERVICE**

Laura C. M. Dobbins certifies and declares as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years, and not a party to this action. My business address is 1939 Harrison Street, Suite 800, Oakland, California, 94612-3527.

On July 21, 2008, I served the documents described as:

**COURT BOOKLET – CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA**

**USDC INITIAL CASE MANAGEMENT SCHEDULING ORDER**

**USDC NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

**USDC ECF REGISTRATION INFORMATION HANDOUT**

/

1

*Gillette v. Alameda County Sheriff's Dept., et al./*Case # C08-03485 VRW
Proof Of Service Re Opening Case Documents

**WELCOME TO THE U. S. DISTRICT COURT, SAN FRANCISCO GUIDELINES**

on all interested parties in this action, in the manner set forth below.

☐ **By Facsimile:** By personally transmitting a true copy of the document(s) via an electronic facsimile machine maintained at 510-273-8570, at _____ a.m./p.m., to the numbers listed below. The transmission was reported as complete and without error. I caused said facsimile machine to print a transmission report, a copy of which is attached to the original of this proof of service.

☐ **By Electronic Mail:** By personally transmitting a true copy of the document(s) via an electronic mail account maintained at the law firm of Haapala, Thompson & Abern, LLP, between the hours of 8:00 a.m. and 5:00 p.m., to the e-mail address listed below. The transmission was reported as complete and without error.

☐ **By Messenger Service:** By arranging for said document(s) to be picked up by an agent for One Hour Delivery to be delivered on the date set forth below, to the address set forth below.

☒ **By Mail:** By placing the document(s) listed above in an envelope addressed as set forth below, with postage thereon fully prepaid, in the United States mail at Oakland, California. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business with postage fully prepaid.

☐ **Overnight Delivery:** By placing the document(s) in an envelope designated by United Parcel Service ("UPS"), an express service carrier, for delivery by Next Day Service for which delivery fees were paid or provided, with said envelope addressed as set forth below. I deposited the envelope in a box or other facility regularly maintained by UPS, or delivered to a courier or driver authorized by said express service carrier to receive documents.

James R. Gillette
507 Redwood Avenue
Milpitas, CA 95035

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 21, 2008, at Oakland, California.

*Laura C M Dobbins*
_____
Laura C. M. Dobbins

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

2

*Gillette v. Alameda County Sheriff's Dept., et al./*Case # C08-03485 VRW
Proof Of Service Re Opening Case Documents