IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GILLETTE, | No. C 08-3485 VRW |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| ALAMEDA COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. / | |

( Defendant is directed to serve a copy, and file proof of service, of this notice on any party in this action not appearing on the court's Notice of Electronic Filing or the Certificate of Service)

YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on Defendant's Motion To Dismiss from September 4, 2008 to **October 9, 2008 at 2:30 P.M.** Please report to Courtroom 6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California. Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: July 31, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*
Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov