**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R GILLETTE, | No   C 08-3485 VRW |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v | |
| ALAMEDA COUNTY SHERRIFF'S DEPARTMENT, CALIFORNIA, CHRISTOPHER MELENDEZ, MICHAEL LADNER and ALAMEDA COUNTY, | |
| Defendants. / | |

On June 24, 2008, James R Gillette filed a complaint in the Alameda County superior court alleging violations by defendants of various federal and state laws.  Doc #1 at 10-11.  On July 21, 2008, defendants Alameda County, Christopher Melendez and Michael Ladner (collectively, "Alameda defendants") removed the matter to this court.  Doc #1 at 1.  The Alameda defendants filed a motion to dismiss on July 24, 2008; the motion was served on Gillette by mail on July 24, 2008.  Doc #4 at 7.  On July 31, 2008, the clerk filed a notice scheduling the hearing on the motion to dismiss for October 9, 2008 at 2:30 pm.  Doc #5.  The clerk's notice was served

on Gillette by mail on July 31, 2008.  Doc #6.

        Gillette's opposition to the motion to dismiss, if any, was due not later than September 18, 2008.  See Civil L R 7-3(a).  Gillette has filed no opposition to the motion.

        Accordingly, the October 9, 2008 hearing on the motion to dismiss is VACATED and Gillette is ORDERED TO SHOW CAUSE in writing not later than October 9, 2008 why this case should not be dismissed for failure to prosecute.  FAILURE TO RESPOND BY OCTOBER 9, 2008 WILL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.

        IT IS SO ORDERED.



VAUGHN R WALKER
United States District Chief Judge