UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GILLETTE, | |
| Plaintiff(s), | No. C08-3485 VRW (BZ) |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| ALAMEDA COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendant(s). | |

    Defendants Deputy Ladner and Deputy Melendez have filed a timely request to be excused from personally attending the settlement conference.  No opposition was filed.  The Court finds good cause for excusing Deputy Ladner and Deputy Melendez's personal attendance.  The Court **ORDERS** Deputy Ladner and Deputy Melendez to have an appropriate representative available at the settlement conference on Tuesday, June 2, 2009.  If the Court concludes that the absence of Deputy Ladner and Deputy Melendez's representative is interfering with the settlement discussions, the Court may continue the settlement conference, require Deputy Ladner and

1

1  Deputy Melendez's personal attendance and impose appropriate
2  sanctions.
3  Dated:  May 26, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\GILLETTE EXCUSE APPEARANCE.wpd

2