Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, DEPUTY CHRISTOPHER
MELENDEZ, and DEPUTY MICHAEL LADNER

James R. Gillette
3437 Pepper Tree Lane
San Jose, California 95127
Tel:   (408) 719-1039

Plaintiff In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JAMES R. GILLETTE,<br><br>            Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY SHERRIFF'S DEPARTMENT, CALIFORNIA, CHRISTOPHER MELENDEZ, MICHAEL LADNER, ALAMEDA COUNTY,<br><br>            Defendants. | Case No.:  C08-03485 VRW (EMC)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE** |

On June 2, 2009, the parties appeared before Magistrate Judge Zimmerman for a Settlement Conference. Judge Zimmerman successfully encouraged the parties to settle Plaintiff's claims. Having settled Plaintiff's claims, the parties respectfully request that the Status Conference before Judge Chen scheduled for June 17, 2009 at 2:30 p.m., be continued to September 16, 2009 at 2:30 p.m.

/

/

/

1

*Gillette v. Alameda County Sheriff's Dept., et al.*/Case # C08-03485 VRW
Stipulation to Continue Status Conference

1   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2   Dated: June 8, 2009

3                                        */s/ James R. Gillette
                                         Plaintiff In Pro Per
4                                        * Mr. Gillette provided his verbal consent that
                                         this stipulation be electronically filed.
5

6   Dated: June 8, 2009         HAAPALA, THOMPSON & ABERN, LLP

7

8                               By:   /s/ Benjamin A. Thompson
                                      Benjamin A. Thompson
9                                     Attorneys For Defendants
                                      COUNTY OF ALAMEDA, DEPUTY
10                                    CHRISTOPHER MELENDEZ, and
                                      DEPUTY MICHAEL LADNER
11

12      PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14  Dated:    June 9, 2009

15                                       _____
                                         Honorable Edward M. Chen
16                                       United States Magistrate Judge



IT IS SO ORDERED
Judge Edward M. Chen

2

*Gillette v. Alameda County Sheriff's Dept., et al./*Case # C08-03485 VRW
Stipulation to Continue Status Conference