1

2                    IN THE UNITED STATES DISTRICT COURT

3

4                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

    JAMES R. GILLETTE,                          No.  C 08-3485    VRW
6

7              Plaintiff(s),                    **ORDER OF DISMISSAL**

8      v.

9   ALAMEDA COUNTY SHERIFF'S
    DEPARTMENT, et al.,
10

11             Defendant(s).
   _____/

12

13

14             Having advised the court  that the parties have agreed to a settlement of this case;

15   IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice,  provided,

16   however, that if any party hereto shall certify to this court, within ninety days, with proof of service

17   of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the

18   foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be

19   set for trial.

    Dated:  June 30,  2009
20

21

22   _____
     VAUGHN R WALKER
23   UNITED STATES DISTRICT CHIEF JUDGE

24

25

26

27

28

United States District Court
For the Northern District of California