Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, DEPUTY CHRISTOPHER MELENDEZ, and DEPUTY MICHAEL LADNER

James R. Gillette
3437 Pepper Tree Lane
San Jose, California 95127
Tel:    (408) 719-1039

Plaintiff In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JAMES R. GILLETTE,<br><br>    Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY SHERRIFF'S DEPARTMENT, CALIFORNIA, CHRISTOPHER MELENDEZ, MICHAEL LADNER, ALAMEDA COUNTY,<br><br>    Defendants. | Case No.:   C08-03485 VRW (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS COUNTY OF ALAMEDA, DEPUTY CHRISTOPHER MELENDEZ, AND DEPUTY MICHAEL LADNER** |

s/VRW

IT IS HEREBY STIPULATED by and between plaintiff JAMES R. GILLETTE, and defendants DEPUTY CHRISTOPHER MELENDEZ, and DEPUTY MICHAEL LADNER, by and through their counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), as to defendants DEPUTY CHRISTOPHER MELENDEZ, and DEPUTY MICHAEL LADNER for a mutual waiver of costs and attorneys' fees.

1

IT IS FURTHER STIPULATED by and between Plaintiff and Defendant COUNTY OF ALAMEDA, through their designated counsel, that the agreed consideration to settle all claims has been paid to plaintiff and that the above-captioned action be and hereby is dismissed with prejudice as to defendant COUNTY OF ALAMEDA pursuant to FRCP 41(a)(2).  The parties shall be responsible for the payment of their own court costs and attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  July 20, 2009

\*/s/ James R. Gillette
Plaintiff In Pro Per
\* Mr. Gillette provided his verbal consent that this stipulation be electronically filed.

Dated:  July 20, 2009          HAAPALA, THOMPSON & ABERN, LLP

By:   /s/ Benjamin A. Thompson
Benjamin A. Thompson
Attorneys For Defendants
COUNTY OF ALAMEDA, DEPUTY CHRISTOPHER MELENDEZ, and DEPUTY MICHAEL LADNER

### ORDER

The Court having considered the parties' stipulation for dismissal, the entire case is hereby ordered dismissed with prejudice.

Dated:   July 27, 2009



HON. VAUGHN R. WALKER
United States District Judge
IT IS SO ORDERED
Judge Vaughn R Walker

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

2

*Gillette v. Alameda County Sheriff's Dept., et al.*/Case # C08-03485 VRW
Stipulation And [Proposed] Order Of Dismissal With Prejudice Of Defendants County Of Alameda, Deputy Christopher Melendez, And Deputy Michael Ladner